The Honorable Tana Lin

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON – SEATTLE**

SHAWANDA FOSTER and CORY HAWKINS, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

WFS EXPRESS, INC., a Delaware Corporation; and DOES 1-20, inclusive,

Defendants.

Case No.: 2:26-cv-00141- TL

**[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO REMAND**

//

//

//

//

//

//

//

//



**CROSNER LEGAL, P.C.**
92 Lenora Street, #179
Seattle, WA 98121
Tel. (866) 276-7637
Fac. (310) 510-6429

This matter came regularly before the Court on Plaintiff and Defendant's stipulated motion to remand. The parties agreed to remand as a term of settlement, and this stipulation and motion will effectuate swift resolution of the matter. Having considered the stipulation and motion herein, and being fully advised on the matter, it is hereby ORDERED, ADJUDGED, and DECREED that the stipulated motion to remand is GRANTED and this action shall be remanded to King County Superior Court.

DATED this 24th day of September, 2026.

UNITED STATES DISTRICT JUDGE

Presented by:

CROSNER LEGAL, P.C.

By: */s/ Brandon Brouillette*
Brandon Brouillette, WSBA No. 273156
92 Lenora St., Suite 179
Seattle, WA 98121
Telephone: (866) 276-7637
Facsimile: (310) 510-6429
Email: bbrouillette@crosnerlegal.com
Attorney for Plaintiffs

FISHER PHILLIPS

By: */s/ Greg Hendershott*
Greg Hendershott, WSBA No. 27838
1700 7th Avenue, Suite 2200
Seattle, WA 98101
Phone: 206-682-2308
Facsimile: 206-682-7908
Email: ghendershott@fisherphillips.com
Attorney for Defendant